IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CITY OF LITTLE ROCK, ARKANSAS**                                                               **PLAINTIFF**

v.                                **Case No. 4:23-CV-00831-BSM**

**MARQUETTE TRANSPORTATION
COMPANY GULF-INLAND, LLC, et al.**                                       **DEFENDANTS**

**PLAINTIFF CITY OF LITTLE ROCK, ARKANSAS'
MOTION FOR SUMMARY JUDGMENT**

      Plaintiff, the City of Little Rock, Arkansas ("COLR"), by and through its undersigned attorneys, files this Motion for Summary Judgment seeking judgment against Marquette Transportation Company Gulf-Inland, LLC, et al. Accordingly, the COLR hereby moves the Court for an Order granting summary judgment on behalf of the COLR in accordance with Rule 56 of the Federal Rules of Civil Procedure. The COLR incorporates by reference its Local Rule 56.1 Statement of Facts, Memorandum of Law, and accompanying Exhibits, which are being filed contemporaneously with this Motion.

                                                       **COHEN & FREY P.C.**

                                By:    /s/ Jeffrey D. Cohen
                                              Jeffrey D. Cohen
                                              Matthew J. Tinnelly (*pro hac vice*)
                                              The Times Building
                                              32 Parking Plaza, Suite 402
                                              Ardmore, PA 19003
                                              Phone: (215) 609-1110
                                              Fax: (215) 609-1117
                                              Email: Jcohen@freightlaw.net
                                              Email: Mtinnelly@freightlaw.net

Date: March 16, 2026                               *Attorneys for Plaintiff,
                                                      City of Little Rock, Arkansas*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2026 a copy of the City of Little Rock, Arkansas' Motion for Summary Judgment was served on the following counsel of record through the Court's CM/ECF System:

Steven W. Quattlebaum, Ark. Bar No. 84127
Thomas H. Wyatt, Ark. Bar No. 2013273
**QUATTLEBAUM, GROOMS & TULL PLLC**
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
Telephone: (501) 379-1700
Facsimile: (501) 379-1701
quattlebaum@qgtlaw.com
twyatt@qgtlaw.com

John A. Scialdone, Esq.
Katherine Halliday, Esq.
**SCIALDONE LAW FIRM, PLLC**
1319 24th Avenue
Gulfport, MS 39501
Telephone: (228) 822-9340
Facsimile: (228) 822-9343
jscialdone@slfirmus.com
khalliday@slfirmus.com

*Attorneys for Defendants*

Date: March 16, 2026     By:     /s/ Jeffrey D. Cohen
                                 Jeffrey D. Cohen