# EXHIBIT 2



**U.S. Department of Homeland Security**

**United States Coast Guard**

| Commander | 1222 Spruce Street |
| Eighth Coast Guard District | St. Louis, MO 63103-2832 |
| | Staff Symbol: dwb |
| | Phone: (314) 269-2382 |
| | Fax: (314) 269-2737 |
| | Email: david.a.orzechowski@uscg.mil |
| | www.uscg.mil/d8/westernriversbridges |

16593.22/118.2 ARW
June 21, 2010

Mr. John Doyle, Project Engineer
McClelland Consulting Engineers
P.O. Box 34087
Little Rock, AR  72203

Subj:  PROPOSED ROCK ISLAND RAILROAD DRAWBRIDGE CONVERSION,
       MILE 118.2, ARKANSAS WATERWAY

Dear Mr. Doyle:

Your application requesting approval of plans for a proposed bridge conversion at mile 118.2 over the Arkansas Waterway has been approved.  Bridge Permit Amendment (12-10-8) dated June 14, 2010 is enclosed.

It is essential that we be kept informed of any events that could affect navigation during conversion of the bridge.  A representative from your office should be specifically instructed to keep our office informed of the progress of conversion with particular reference to any and all events that may have an effect on navigation.  The information received regarding the work will be disseminated to mariners by radio and written notices.

Your attention is directed to Condition (2) of the permit that requires plans for cofferdams, temporary causeways, work bridges, falsework bents, or any other temporary structures that will be placed in the water to facilitate conversion of this bridge to be approved by this office. Conversion of this bridge must be accomplished with minimal interference to navigation.  To this end, construction schedules, plans and erection schemes should be submitted to us at the earliest possible time so that approval can be assured prior to commencing work.

Navigation lights and retro-reflective panels for the bridge are prescribed in enclosure (2a).  The lights and reflective panels, prescribed in accordance with Title 33, Code of Federal Regulations, Part 118, shall be installed at the locations and in the manner shown in enclosure (2b), which is a marked-up copy of the permit drawings.

The existing pier protection shall be maintained in good condition and at the expense of the owner.  Any changes to the existing pier protection shall require the submittal and approval of plans by the District Commander prior to construction.

COLR-01867    RECEIVED JUN 2 9 2010

Subj:  PROPOSED ROCK ISLAND RAILROAD                16593.22/118.2 ARW
       DRAWBRIDGE CONVERSION, MILE 118.2,           June 21, 2010
       ARKANSAS WATERWAY

Please acknowledge receipt of the Permit.  If you have any questions concerning our jurisdiction or requirements, you can contact Mr. David Orzechowski at 314-269-2382.

Sincerely,

ERIC A. WASHBURN
Bridge Administrator
By direction of the District Commander

Enclosures:   (1) USCG Bridge Permit (12-10-8), dtd June 14, 2010 w/approved dwgs
              (2) a. Navigation Lights Narrative
                  b. Navigation Lighting Scheme

Copy:    USCGC MUSKINGUM w/o encls
         Sector LMR w/o encls
         CDRUSAED Little Rock w/encl (1)

2

COLR-01868



U.S. Department of
Homeland Security
**United States
Coast Guard**

# BRIDGE PERMIT

## AMENDMENT
(12-10-8)

JUN 14 2010

**WHEREAS** by a permit issued on 13 October 1967, the Commandant of the Coast Guard approved the location and plans of a bridge to be reconstructed by the Chicago, Rock Island and Pacific Railroad Company across the Arkansas Waterway at Little Rock, Arkansas, under authority of the General Bridge Act of 1946, as amended, and that the bridge was reconstructed;

**AND WHEREAS** the Commandant of the Coast Guard has further delegated to the District Commanders by Section 1.01-60(b) of Title 33, Code of Federal Regulations, authority to issue permits for the construction, reconstruction, or alteration of bridges across navigable waters of the United States;

**AND WHEREAS** condition 4 of the permit provides that no deviation from the approved plans may be made either before or after completion of the structure unless the modification of said plans has previously been submitted to and received the approval of the Commandant of the Coast Guard;

**AND WHEREAS** the - **CITY OF LITTLE ROCK** - present owner of the bridge has submitted for approval plans indicating modification to the bridge;

**NOW THEREFORE**, This is to certify that the location and plan sheets dated 12 November 2009 hereby approved supersede the plans previously approved and are subject to the following conditions:

1.      No deviation from the approved plans may be made either before or after completion of the structure unless the modification of said plans has previously been submitted to and received the approval of the Commander, Eighth Coast Guard District.

2.      The construction of falsework, cofferdams or other obstructions, if required, and the scheme for modifying the bridge shall be in accordance with plans submitted to and approved by the District Commander prior to modification of the bridge. All work shall be so conducted that the free navigation of the waterway is not unreasonably interfered with and the present navigable depths are not impaired. Timely notice of any and all events that may affect navigation shall be given to the District Commander during modification of the bridge. The channel or channels through the structure shall be promptly cleared of all obstructions placed therein or caused by the modification of the bridge to the satisfaction of the District Commander, when in the judgment of the District Commander the modification work has reached a point where such action should be taken, but in no case later than 90 days after the bridge has been opened to traffic.

COLR-01869

ENCLOSURE( 1 )

Continuation Sheet    Bridge across Arkansas Waterway
at Little Rock, Arkansas

BRIDGE PERMIT

JUN 1 4 2010

(12-10-8)

3.    Issuance of this permit does not relieve the permittee of the obligation or responsibility for compliance with the provisions of any other law or regulation as may be under the jurisdiction of any federal, state or local authority having cognizance of any aspect of the location, modification or maintenance of said bridge.

4.    The pier protection fendering system shall be maintained as shown on the approved plan sheet 3 dated 12 November 2009 for the safety of navigation.

5.    Clearance gauges shall be installed and maintained in a good and legible condition by and at the expense of the owner of the bridge when so required by the District Commander. The type of gauges and the locations in which they are to be installed will be submitted to the District Commander for approval.

6.    When the existing to-be-modified bridge is no longer used for transportation purposes, it shall be removed in its entirety or to an elevation deemed appropriate by the District Commander and the waterway cleared to the satisfaction of the District Commander. Such removal and clearance shall be completed by and at the expense of the owner of the bridge upon due notice from the District Commander.

7.    The approval hereby granted shall cease and be null and void unless modification of the bridge is commenced within three years and completed within five years after the date of this permit amendment.

Mary E. Landry Rear Admiral
U. S. Coast Guard Commander
Eighth Coast Guard District

COLR-01870



VICINITY MAP

SCALE: 1"=4000'

SITE LOCATION

ROCK ISLAND RAILROAD BRIDGE CONVERSION

MILE 118.2, ARKANSAS WATERWAY
BETWEEN LITTLE ROCK AND NORTH LITTLE ROCK
ARKANSAS
APPLICATION BY: CITY OF LITTLE ROCK

DATE: 11-12-2009

SHEET NO. 1 of 3

W:\2009\09-5753 Rock Island Railroad Bridge\Design-Engineering\NAVIGATION COVER.dwg  11/12/09 at 1:53pm

COLR-01871

COLR-01872



SPAN-2

LOW STEEL
ELEVATION
EL.293.1'

LOW STEEL
ELEVATION
EL.293.1'

LOW STEEL
ELEVATION
EL.293.1'

62.1' V.C.

100 YEAR FLOOD
EL=252.9

NAVIGATION POOL
WATER SURFACE
EL=231.0

2% FLOWLINE
EL=240.5

318.5' CLEARANCE BETWEEN PROTECTION CELLS (NOT SHOWN) SEE SHEET 3 PLAN VIEW

NAVIGATION SPAN

APPROVED
JUN 14 2010
P(12-10-8)
US
COAST GUARD

GRAPHIC SCALE
50    0    25    50
( IN FEET )
1 inch = 50 ft.

| ROCK ISLAND RAILROAD BRIDGE CONVERSION |
|---|
| MILE 118.2, ARKANSAS WATERWAY |
| BETWEEN LITTLE ROCK AND NORTH LITTLE ROCK |
| ARKANSAS |
| APPLICATION BY: CITY OF LITTLE ROCK |

ELEVATIONS ARE GIVEN IN THE NAD83 NORTH DATUM.

| SHEET NO. 2 of 3 | DATE: 11-12-2009 |
|---|---|

W:\2009\09-5753 Rock Island Railroad Bridge\Design-Engineering\NAVIGATON SHEETS.dwg  11/19/09 at 5:24pm



COLR-01873

NAVIGATION LIGHTS
FOR
ROCK ISLAND RAILROAD DRAWBRIDGE
MILE 118.2, ARKANSAS WATERWAY

The center of the navigation channel span shall be marked by a range of two green lights. Each green light shall show through a horizontal arc of 360 degrees and shall be securely mounted just below the outermost edge of the bridge span structure in line with the axis of the channel so as to be visible from an approaching vessel.

The upstream and downstream sides of the channel piers shall be marked with a red light. Each red light shall show through a horizontal arc of 180 degrees and shall be securely mounted no higher than the green navigation lights to show 90 degrees on either side of a line parallel to the axis of the channel so as to be visible from an approaching vessel.

The upstream and downstream pier protection cells shall be marked with a red light. Each red light shall show through a horizontal arc of 180 degrees and shall be securely mounted to the top of the cell on the channelward quadrant of the cell to show 90 degrees on either side of a line parallel to the axis of the channel so as to be visible from an approaching vessel.

The upstream and downstream sides of the channel pier protection cells and the upstream and downstream margins of the channel on the bridge structure shall be marked with red, high-intensity grade, retro-reflective square panels which measure 2 feet per side. This retro-reflective material should be placed near the top of the piers on the columns or pier caps so as to effectively reflect the searchlight of an approaching vessel.

The lights prescribed above shall be displayed from sunset to sunrise each night of the year and at other times when the visibility is less than one mile. They shall be of sufficient candlepower as to be visible against the background lighting at a distance of at least 2,000 yards 90% of the nights of the year.

Responsibility of the owner does not cease upon installation of the prescribed lights and reflectors. Provision for maintaining all lights and reflectors prescribed herein should be included in the planning for initial installation. A continuing program of inspection and maintenance is necessary to insure that the lights or retro-reflective material are properly displayed.

This is enclosure (2a) to CGD8 (dwb) ltr dated June 21, 2010

COLR-01874

Case 4:23-cv-00831-BSM   Document 58-2   Filed 03/16/26   Page 10 of 10

# NAVIGATION LIGHTING PLAN
## ROCK ISLAND RAILROAD DRAWBRIDGE
### MILE 118.2, ARKANSAS WATERWAY



COLR-01875

ENCLOSURE(2d)

Marking / Lighting Legend

= 360° Green

= 180° Red

(R) = Red High Intensity Retro-reflective Panel

ROCK ISLAND RAILROAD BRIDGE CONVERSION
MILE 118.2, ARKANSAS WATERWAY
BETWEEN LITTLE ROCK AND NORTH LITTLE ROCK
ARKANSAS
APPLICATION BY: CITY OF LITTLE ROCK