EXHIBIT 13

# M/V KIEFFER E BAILEY





## GULF-INLAND DIVISION

## GENERAL PARTICULARS:

| | |
|---|---|
| OFFICIAL # | 1253271 |
| YEAR BUILT | 2014 |
| BUILDER | Master Marine |
| GROSS TONS | 195 |
| NET TONS | 156 |

## MACHINERY:

| | |
|---|---|
| BHP | 2000 |
| ENGINES | Caterpillar C-32 |
| GENERATOR | John Deere 4045TFM   80KW |
| GEAR | ZF Marine AT-5000 Z-Drive 4.5:1 |
| WHEELS | (2) - 65 X 58 (Kort Nozzles) |
| WINCHES | Patterson 40T |

## MEASUREMENTS:

| | |
|---|---|
| LENGTH | 78' |
| BEAM | 34' |
| AIR DRAFT | 47' |
| DEPTH | 11' |

## CAPACITY:

| | |
|---|---|
| LUBE | 360 gal |
| WATER | 6,400 gal |
| FUEL | 22,000 gal |

## ACCOMMODATIONS:

| | |
|---|---|
| STATEROOMS | 4 |
| BUNKS | 6 |
| CREW CAPACITY | 6 |

## ELECTRONICS:

GPS
HAILER
RADAR
COMPASS
VHF RADIO

Marquette Transportation Company Gulf-Inland, LLC
Toll Free: 1-855-682-4853
www.marquettetrans.com

Local Address:
107 Mallard Street
St. Rose, LA 70087

Marquette 0161