IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CITY OF LITTLE ROCK, ARKANSAS                                    PLAINTIFF

v.                                    CASE NO. 4:23-cv-831-BSM

MARQUETTE TRANSPORTATION
COMPANY GULF-INLAND, LLC, ET AL.                                 DEFENDANTS

### **DEFENDANTS' MOTION IN LIMINE AND SUPPORTING REASONS**

Defendant Marquette Transportation Company Gulf-Inland, LLC ("Marquette")[1] brings

this Motion in Limine to exclude or limit the expert opinion testimony of the Plaintiff, the City of

Little Rock's ("COLR") retained civil engineer, Justin T. Kestner.

In light of the Court's Order earlier today (R. Doc. 102), and in order to preserve any issue

for appeal, Marquette would incorporate its Motion to Exclude the Opinion Testimony of Justin T.

Kestner (R. Doc. 70) and Memorandum in Support thereof (R. Doc. 71) herein by reference.

For the same reasons stated therein, Marquette respectfully requests that the testimony of

Justin T. Kestner be excluded.

Respectfully submitted this 22nd day of May, 2026.

> MARQUETTE TRANSPORTATION COMPANY GULF-INLAND, LLC, MARQUETTE TRANSPORTATION COMPANY HOLDINGS, LLC, MARQUETTE TRANSPORTATION COMPANY, LLC, MARQUETTE TRANSPORTATION HOLDINGS, INC., MARQUETTE TRANSPORTATION COMPANY OFFSHORE, LLC, AND MARQUETTE TRANSPORTATION FINANCE CORPORATION

---

[1]     Marquette Transportation Company Gulf-Inland, LLC is submitting this Opposition on behalf of itself and all of the named Marquette entities, as follows: Marquette Transportation Company Holdings, LLC, Marquette Transportation Company, LLC, Marquette Transportation Holdings, Inc., Marquette Transportation Company Offshore, LLC, and Marquette Transportation Finance Corporation. The designation of ("Marquette") and/or ("Defendant") within this Brief is intended to refer to all the named Defendants.

BY: /s/ *John A. Scialdone*

John A. Scialdone (La. Bar No. 21859)

Admitted *Pro Hac Vice*

Katherine W. Halliday (La. Bar No. 39207)

Admitted *Pro Hac Vice*

SCIALDONE LAW FIRM, PLLC

1319 24th Avenue

Gulfport, Mississippi 39501

Telephone: (228) 822-9340

E-mail:  jscialdone@slfirmus.com

E-mail:  khalliday@slfirmus.com

Steven W. Quattlebaum, Ark. Bar No. 84127

Thomas H. Wyatt, Ark. Bar No. 2013273

QUATTLEBAUM, GROOMS & TULL PLLC

111 Center Street, Suite 1900

Little Rock, Arkansas 72201

Telephone: (501) 379-1700

Facsimile: (501) 379-1701

E-Mail: quattlebaum@qgtlaw.com

E-Mail: twyatt@qgtlaw.com

*Attorneys for the Defendants*

2

**CERTIFICATE OF SERVICE**

I, John A. Scialdone, hereby certify that on May 22, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF electronic filing system, which shall send electronic notification to all counsel of record.

/s/ *John A. Scialdone*
John A. Scialdone (La. Bar No. 21859)
Admitted *Pro Hac Vice*