**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CITY OF LITTLE ROCK, ARKANSAS**                              **PLAINTIFF**

**v.**                              **Case No. 4:23-CV-00831-BSM**

**MARQUETTE TRANSPORTATION**
**COMPANY GULF-INLAND, LLC, et al.**                              **DEFENDANTS**

**JOINT STIPULATION OF FACTS**

Pursuant to the Court's scheduling order (ECF No. 48), Plaintiff City of Little Rock, Arkansas ("COLR") and Defendants Marquette Transportation Company Gulf-Inland, LLC, et al. ("Marquette") by and through their undersigned attorneys, stipulate to the following facts for purposes of trial:

1.      The Clinton Presidential Bridge (the "Clinton Bridge") is a pedestrian bridge located on the Arkansas River in Little Rock, Arkansas.

2.      The Clinton Bridge was originally constructed in or around 1899 and historically used for rail traffic.

3.      The Bridge is located in the Little Rock reach of the Arkansas River, and six bridges span the river in that vicinity.

4.      The Interstate-30 Bridge ("I-30 Bridge") is located near MM 118.5.

5.      The Clinton Bridge is located near MM 118.2

6.      There is a distance of about 0.20 miles, or about 330 yards, between the I-30 Bridge and the Clinton Bridge.

7.      In July 1946, Congress passed the River and Harbors Act, authorizing construction of the McClellan–Kerr Arkansas River Navigation System ("MKARNS")

8.      MKARNS involved navigation improvements to the Arkansas River.

1

9. On October 13, 1967, the U.S. Coast Guard ("USCG") issued a permit approving the reconstruction of the Bridge including the addition of a lift span and construction of the protection cells under authority of the General Bridge Act of 1946.

10. The protection cells associated with the Clinton Bridge were constructed between 1967 and 1971.

11. The Bridge's protection cells are 25.5-foot diameter cylindrical structures, which are 70-feet in height and constructed of sheet piles and filled with grouted rock and have concrete caps.

12. The City provided a copy of a drawing included as part of the 1967 USCG permit but does not have the original permit.

13. The 1967 permit drawing shows construction of protection cells and channel/soil elevations, including an elevation of 214.0 for top of soil and 33 feet overburden.

14. Union Pacific Railroad at one time owned the Clinton Bridge and at some point discontinued its use for rail traffic.

15. In or around 2001, the COLR acquired the Clinton Bridge from Union Pacific Railroad.

16. Renovation work began in or around 2010 to convert the Clinton Bridge for pedestrian use, and it became known as the Clinton Presidential Park Bridge.

17. The conversion project cost approximately $10,000,000.

18. The conversion plans do not reflect structural modifications to the protection cells.

19. Marquette Transportation Company Gulf-Inland, LLC is the owner of the towing vessel KIEFFER E. BAILEY ("KEB") and was responsible for maintaining, operating and crewing the KEB on September 10, 2021.

20.     The KEB is a U.S. flag inland towing vessel bearing Official No. 125327, which is equipped with a RosePoint electronic mapping and navigation display system.

21.     Marquette provides horsepower on the inland and western rivers waterways in the United States and transports any commodity that can be moved by barge.

22.     At the time of the allision, the KEB was pushing 11 barges, 10 of which were fully loaded with grain, and one which was empty.

23.     The "barge tow", includes the 11 barges and was 800 feet long (excluding the KEB), and 105 feet wide.

24.     On September 10, 2021 during transit under the I-30 bridge, a barge on the starboard side of the  tow contacted the side of a protection cell associated with the I-30 Bridge on the Arkansas River.

25.     After the tow allided with the I-30 protection cell, it broke free from the KEB, and subsequently allided with the subject protection cell associated with the Clinton Bridge.

26.     At the time one of the barges being pushed by the KEB allied with the I-30 protection cell the KEB and its tow were traveling at a speed of 5.18 miles per hour as evidenced by the data from the RosePoint navigation system on board the vessel.  After that point the barges continued downriver without being pushed by the KEB.

27.     The Clinton Bridge itself did not sustain any damage because of the allision, but the allision caused the protection cell to move from its upright position to a leaning position, and the lead barge of the tow was damaged.

28.     After the allision, COLR retained Volkert, Inc. to evaluate the subject protection cell.

29.     COLR subsequently retained HNTB Corporation and Massman Construction Co.

in connection with the removal and replacement of the subject protection cell.

Respectfully submitted,

**COHEN & FREY P.C.**                              **SCIALDONE LAW FIRM, PLLC**

By:   /s/ Jeffrey D. Cohen                  By:   /s/ John A. Scialdone
      Jeffrey D. Cohen                            John A. Scialdone (La. Bar No. 21859)
      Matthew J. Tinnelly (*pro hac vice*)         Admitted *Pro Hac Vice*
      The Times Building                          Katherine W. Halliday (La. Bar No. 39207)
      32 Parking Plaza, Suite 402                 Admitted *Pro Hac Vice*
      Ardmore, PA 19003                           1319 24th Avenue
      Telephone: (215) 609-1110                   Gulfport, Mississippi 39501
      Facsimile: (215) 609-1117                   Telephone: (228) 822-9340
      Jcohen@freightlaw.net                       jscialdone@slfirmus.com
      Mtinnelly@freightlaw.net                    khalliday@slfirmus.com

      *Attorneys for Plaintiff*                    Steven W. Quattlebaum, Ark. Bar No. 84127
      *City of Little Rock, Arkansas*              Thomas H. Wyatt, Ark. Bar No. 2013273
                                                  **QUATTLEBAUM, GROOMS &**
                                                  **TULL PLLC**
                                                  111 Center Street, Suite 1900
                                                  Little Rock, Arkansas 72201
                                                  Telephone: (501) 379-1700
                                                  Facsimile: (501) 379-1701
                                                  quattlebaum@qgtlaw.com
                                                  twyatt@qgtlaw.com

                                                  *Attorneys for Defendants*

4

## <u>CERTIFICATE OF SERVICE</u>

I, Thomas H. Wyatt, hereby certify that on May 27, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF electronic filing system, which shall send electronic notification to all counsel of record.