**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CITY OF LITTLE ROCK, ARKANSAS**                                           **PLAINTIFF**

**v.**                          **CASE NO. 4:23-CV-00831-BSM**

**MARQUETTE TRANSPORTATION**
**COMPANY GULF-INLAND, LLC, et al.**                          **DEFENDANTS**

**ORDER**

The parties have filed a joint stipulation requesting dismissal of the following defendants: (1) Marquette Transportation Company Holdings, LLC; (2) Marquette Transportation Company, LLC; (3) Marquette Transportation Holdings, Inc.; (4) Marquette Transportation Company Offshore, LLC; and (5) Marquette Transportation Finance Corporation. *See* Doc. No. 110. Accordingly, these defendants are dismissed without prejudice, and the clerk is directed to update the case style to reflect their dismissal.

IT IS SO ORDERED this 28th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE