## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CITY OF LITTLE ROCK, ARKANSAS**                                    **PLAINTIFF**

**v.**                              **CASE NO. 4:23-CV-00831-BSM**

**MARQUETTE TRANSPORTATION**
**COMPANY, GULF-INLAND, LLC.**                                    **DEFENDANT**

## JUDGMENT

Consistent with the findings of fact and conclusions of law entered today, judgment is entered for the City of Little Rock in the amount of $4,364,618.

IT IS SO ORDERED this 16th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE